**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
NICOLE TEMPESTILLI,

                Plaintiff,                        24 **CIVIL** 5876 (RFT)

      -v-                                      **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 28, 2025, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:** New York, New York

      January 28, 2025

                                    **TAMMI M. HELLWIG**
                                _____
                                    **Clerk of Court**

           **BY:**      *K. Mango*

                                  _____
                                    **Deputy Clerk**